| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A. | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>06/02/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>401 West Central Blvd.<br>Suite 5-750<br>Orlando, FL 32801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Grande Quay Homeowners Assoc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Akerman, LLP law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 (CB) | A | Interest | K | T | | | | | |
| 3. SunTrust MMA | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. H-TD Ameritrade GP Trust | | | | | | | | | |
| 6. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 7. Vanguard S&P 500 fund | A | Dividend | K | T | | | | | |
| 8. Vanguard Developd Mkt | A | Dividend | J | T | | | | | |
| 9. Vanguard Windsor II | B | Dividend | K | T | | | | | |
| 10. Vanguard Inter-Term T/E Bond | B | Dividend | K | T | | | | | |
| 11. Vanguard Short-Term Bd. Index | A | Dividend | K | T | | | | | |
| 12. Vanguard Tips Bd. | A | Dividend | L | T | | | | | |
| 13. iShares S&P Natural Resources | A | Dividend | J | T | | | | | |
| 14. iShares Barclays Tips | A | Dividend | K | T | | | | | |
| 15. iShares S&P 500 Index | A | Dividend | K | T | | | | | |
| 16. iShares MSCI Emer. Mkt. ICX | A | Dividend | J | T | | | | | |
| 17. iShares MSCI EAFE Idx | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Russell 2000 Idx | A | Dividend | K | T | | | | | |
| 19. iShares 2017 S&P AMT-free | A | Dividend | K | T | | | | | |
| 20. iShares 2016 S&P AMT-free | A | Dividend | K | T | | | | | |
| 21. iSharies 2015 S&P AMT-free | A | Dividend | | | Redeemed | 09/18/15 | K | A | |
| 22. Nuveen Muni. Val. | B | Dividend | K | T | | | | | |
| 23. Vanguard Div. Appr. ETF | A | Dividend | J | T | | | | | |
| 24. Vanguard Emer. Mkt. ETF | A | Dividend | J | T | | | | | |
| 25. Vanguard Total Stock Mtk. ETF | A | Dividend | J | T | | | | | |
| 26. Vanguard Div. Gr. | D | Dividend | M | T | | | | | |
| 27. Fidelity Tax Free Bd. | B | Dividend | K | T | | | | | |
| 28. Harbor International | A | Dividend | K | T | | | | | |
| 29. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 30. Loomis Sayles Bond | C | Dividend | | | Sold | 12/30/15 | M | A | |
| 31. Pimco Emer. Mkt Bond | B | Dividend | | | Sold | 12/30/15 | K | A | |
| 32. T Rowe Price Div. Gr. | A | Dividend | J | T | | | | | |
| 33. SEI High Yield Bd. | A | Dividend | J | T | | | | | |
| 34. iShares GSCI Commod. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Goldman Sachs Bk, 2018 | A | Interest | K | T | | | | | |
| 36.  Fla. BOE Bd | A | Interest | J | T | | | | | |
| 37.  DFA Int'd Term Muni Bond | A | Dividend | K | T | | | | | |
| 38.  DFA Short Term Muni Bond | A | Dividend | K | T | | | | | |
| 39.  iShares Tr. 2018 STP AMT Free | A | Dividend | K | T | | | | | |
| 40.  Wells Fargo | A | Dividend | K | T | | | | | |
| 41.  Pimco All Asset | B | Dividend | K | T | | | | | |
| 42.  Kraft Foods | C | Dividend | K | T | | | | | |
| 43.  Unilever | A | Dividend | J | T | | | | | |
| 44.  iShares S&P Midcap 400 Index | A | Dividend | K | T | | | | | |
| 45.  Vanguard Consumer Staples Idx | B | Dividend | K | T | | | | | |
| 46.  Vanguard Utilities Index | C | Dividend | M | T | | | | | |
| 47.  Vanguard Developed Markets Index | A | Dividend | J | T | | | | | |
| 48.  iShares iBoxx Corp Bond | B | Dividend | L | T | | | | | |
| 49.  Dodge & Cox Income | C | Dividend | L | T | | | | | |
| 50.  Lord Abbett Short Duration Income | A | Dividend | K | T | | | | | |
| 51.  iShares Barclays 3-7 year treasury | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 500 Index Fd | A | Dividend | K | T | | | | | |
| 53. Vanguard Mid-Cap Index | A | Dividend | J | T | | | | | |
| 54. TD Ameritrade Money Mkt Acct (4) | A | Dividend | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. H-TD Ameritrade CB Trust | | | | | | | | | |
| 57. Vanguard Prime MM Fd. and Cash | A | Dividend | J | T | | | | | |
| 58. Vanguard Equity Income Fd. | B | Dividend | K | T | | | | | |
| 59. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 60. Vanguard Inflation Protected Sec. | A | Dividend | L | T | | | | | |
| 61. Vanguard Inter. Term Tax Ex. | C | Dividend | M | T | | | | | |
| 62. iShares S&P AMT-free 2015 | A | Dividend | | | Redeemed | 09/18/15 | K | A | |
| 63. Powershares QQQ | A | Dividend | J | T | | | | | |
| 64. Vanguard Div. Appr. ETF | A | Dividend | K | T | | | | | |
| 65. Vanguard Emer. Mkt ETF | A | Dividend | J | T | | | | | |
| 66. US Tres. Strip, 2015 | | None | | | Matured | 05/15/15 | J | A | |
| 67. Fidelity Tax Free Bd | C | Dividend | M | T | | | | | |
| 68. Dodge & Cox Intern'l | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Harbor Int'l | B | Dividend | K | T | | | | | |
| 70. Lazard Emer Mkt | A | Dividend | | | Sold | 12/30/15 | J | A | |
| 71. Loomis Sayles Bd. | D | Dividend | M | T | | | | | |
| 72. Pimco Emer. Mkt. Bond Inst. | C | Dividend | | | Sold | 12/30/15 | K | A | |
| 73. Vanguard Div. Gr. (1) | B | Dividend | L | T | | | | | |
| 74. iShares Amt., 2017 | A | Dividend | K | T | | | | | |
| 75. iShares Amt., 2016 | A | Dividend | K | T | | | | | |
| 76. US Treas., 2016 | A | Interest | K | T | | | | | |
| 77. US Treas. Strip, 2016 | | None | K | T | | | | | |
| 78. US Treas. Strip, 2017 | | None | K | T | | | | | |
| 79. TD mm | A | Interest | N | T | | | | | |
| 80. FPA Crescent | C | Interest | L | T | | | | | |
| 81. City Bk SLC | A | Interest | | | Matured | 10/19/15 | J | A | |
| 82. GE Cap. 2018 | A | Interest | K | T | | | | | |
| 83. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 84. iShares Russell 1000 Gr. | B | Dividend | L | T | | | | | |
| 85. iShares Russell 1000 Val. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alliance Bern Muni | A | Dividend | J | T | | | | | |
| 87. iShares Russ. 2000 | A | Dividend | K | T | | | | | |
| 88. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 89. iShares Barclays Tips | A | Dividend | L | T | | | | | |
| 90. iShares S&P NA Nat. Resource | A | Dividend | K | T | | | | | |
| 91. iShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 92. Fidelity NASDAQ | A | Dividend | K | T | | | | | |
| 93. iShares DJ Select Div. | A | Dividend | J | T | | | | | |
| 94. Goldman Sachs Bk USA | A | Dividend | K | T | | | | | |
| 95. Fidelity Cash/TD mm | A | Dividend | L | T | | | | | |
| 96. Chevron | A | Dividend | J | T | | | | | |
| 97. General Electric | A | Dividend | J | T | | | | | |
| 98. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 99. iShares Tr 2018 S&P AMT Free | A | Dividend | K | T | | | | | |
| 100. Vanguard Short Term Tax Exempt | A | Dividend | L | T | | | | | |
| 101. Verizon | A | Dividend | J | T | | | | | |
| 102. Lord Abbett Short Duration (1) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Dodge & Cox Income Fund | A | Dividend | | | Sold | 12/30/15 | M | A | |
| 104. Vanguard Emerging Markets Stock Index | A | Dividend | K | T | | | | | |
| 105. | | | | | | | | | |
| 106. H-Vanguard Annuity (CB) (3) | | | | | | | | | |
| 107. --Money Market Portfolio | | None | J | T | | | | | |
| 108. --Total Bond Market Index Portfolio | | None | L | T | | | | | |
| 109. --Short Term Investment Grade Portfolio | | None | K | T | | | | | |
| 110. --Diversified Value Portfolio | | None | J | T | | | | | |
| 111. --Equity Income Portfolio | | None | K | T | | | | | |
| 112. --Equity Index Portfolio | | None | J | T | | | | | |
| 113. --Growth Portfolio | | None | K | T | | | | | |
| 114. --Mid-Cap Index Portfolio | | None | J | T | | | | | |
| 115. --Small Company Growth Portfolio | | None | K | T | | | | | |
| 116. --International Portfolio | | None | K | T | | | | | |
| 117. --Total Stock Market Index Portfolio | | None | J | T | | | | | |
| 118. --High Yield Bond Portfolio | | None | K | T | | | | | |
| 119. --Balanced Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --REIT Index Portfolio | | None | J | T | | | | | |
| 121. | | | | | | | | | |
| 122. Jetport Ltd., Orange County, FL | | None | M | W | | | | | |
| 123. | | | | | | | | | |
| 124. Wetherbee Ltd., Orange County, FL | | None | M | W | | | | | |
| 125. | | | | | | | | | |
| 126. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 127. | | | | | | | | | |
| 128. H-IRA (CB) | | | | | | | | | |
| 129. iShares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 130. iShares Russell 1000 Val. | A | Dividend | K | T | | | | | |
| 131. iShares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 132. S&P Nat Resources | A | Dividend | J | T | | | | | |
| 133. iShares Barclays Tips | A | Dividend | J | T | | | | | |
| 134. iShares Barclays Agg. Bd. Fd. | A | Dividend | K | T | | | | | |
| 135. iShares Barclays 7 Yr. Treas. | A | Dividend | K | T | | | | | |
| 136. Dodge & Cox Inter'l | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares MSCI Emer. Mkt | A | Dividend | J | T | | | | | |
| 138. Pimco Emer. Bond | A | Dividend | J | T | | | | | |
| 139. Fidelity Cash/TD cash | A | Dividend | J | T | | | | | |
| 140. Lord Abbett Short Duration Fund | A | Dividend | J | T | | | | | |
| 141. Dodge and Cox Income Fund | B | Dividend | K | T | | | | | |
| 142. Vanguard Consumer Staples | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. H-IRA-Fidelity (GP) | | | | | | | | | |
| 145. Fidelity Cash Reserves /TD | A | Dividend | M | T | | | | | |
| 146. Harbor Int'l | A | Dividend | L | T | | | | | |
| 147. Pimco Emerg. Mkts. Bd. | C | Dividend | L | T | | | | | |
| 148. Vanguard Explorer | A | Dividend | K | T | | | | | |
| 149. iShares Russell 2000 Val. | A | Dividend | K | T | | | | | |
| 150. iShares Barclays US TIPS Bond Fd | A | Dividend | L | T | | | | | |
| 151. iShares Barclays US Agg. Bd. Fd. | B | Dividend | M | T | | | | | |
| 152. Loomis Sayles Bond | E | Dividend | M | T | | | | | |
| 153. iShares GCSI Comm. Idx. | | None | | | Sold | 11/19/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares MSCI Emer. Mkt. | A | Dividend | J | T | | | | | |
| 155. iShares Russ 1000 Gr. | B | Dividend | M | T | Sold (part) | 11/19/15 | K | D | |
| 156. Lazard Emer. Mkt. | A | Dividend | K | T | | | | | |
| 157. US Tips 4/16 | B | Interest | K | T | | | | | |
| 158. T Rowe Price Div. Gr. | B | Dividend | K | T | | | | | |
| 159. Vanguard Div. App. ETF | A | Dividend | | | Sold | 11/19/15 | J | C | |
| 160. US Tr. Strip, 2017 (8/17) | | None | K | T | | | | | |
| 161. US Tr. Strip, 2018 (8/18) | | None | K | T | | | | | |
| 162. US Tr. Strip, 2019 (8/19) | | None | K | T | | | | | |
| 163. US Tr. Strip 2019 (8/19) | | None | K | T | | | | | |
| 164. US Tr. Strip, 2020 | | None | K | T | | | | | |
| 165. US Tips - 2016 | B | Interest | L | T | | | | | |
| 166. Vanguard Div. Gr. | B | Dividend | K | T | | | | | |
| 167. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 168. DFA Large Cap Value | C | Dividend | K | T | | | | | |
| 169. Dodge & Co Int'l Stock | A | Dividend | K | T | | | | | |
| 170. Wells Fargo | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  iShares Russell 2000 Index | A | Dividend | | | Sold | 11/19/15 | J | A | |
| 172.  Dodge and Cox Income Fund | D | Dividend | M | T | | | | | |
| 173.  US TIPS 2019 | A | Interest | J | T | | | | | |
| 174.  US Tr. Strip 2015 | | None | | | Matured | 05/15/15 | K | C | |
| 175.  US Strip 8/16 | | None | K | T | | | | | |
| 176.  US Strip 11/17 | | None | K | T | | | | | |
| 177.  US Strip 11/17 | | None | K | T | | | | | |
| 178.  US Strip 8/18 | | None | J | T | | | | | |
| 179.  US Strip 11/18 | | None | K | T | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182.  H-Akerman, LLC (CB) (2) | | | | | | | | | |
| 183.  Vanguard 500 Index | D | Dividend | M | T | | | | | |
| 184.  Ridgeworth Sm. Cap. | A | Dividend | K | T | | | | | |
| 185.  Pimco Real Return | A | Dividend | M | T | | | | | |
| 186.  Harbor Int'l | A | Dividend | L | T | | | | | |
| 187.  Oakmark Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Federated Capital | A | Dividend | L | T | | | | | |
| 189. Artisan Mid-Cap Val | A | Dividend | K | T | | | | | |
| 190. Lazard Emer. Mkt. | B | Dividend | K | T | | | | | |
| 191. Janus Venture | B | Dividend | K | T | | | | | |
| 192. Metropolitan West Total Return | A | Dividend | N | T | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1: These two positions were transferred to GAP trust on 4/15/14 for estate planning purposes.

2. This is my ___ 401(k) account. The income includes dividends and capital gains.

3. This is my ___ Vanguard Variable Annuity. It is an insurance product issued by Transamerica Life Ins. which does not reflect interest, dividends or capital gains.

The only information provided to me is the beginning and ending value for each position held in the account. The year-end value of these positions has been reported on this form.

4, The 2015 report should have been compared to the Second Amended report dated December 4, 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory A. Presnell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544